UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-10196-RWZ

In re: BLAST FITNESS GROUP, LLC, Debtor

GARY W. CRUICKSHANK, CHAPTER 7 TRUSTEE OF THE
ESTATE OF BLAST FITNESS GROUP, LLC,

v.

HAROLD R. DIXON, et al.

ORDER

February 10, 2020

ZOBEL, S.D.J.

The defendants' motion to withdraw the refence of this matter to the Bankruptcy Court (Docket #1) is stayed pending completion of pre-trial discovery in the Bankruptcy Court.

Counsel shall file a status report in this Court on or before August 10, 2020.

SO ORDERED.

| February 10, 2020 | /s/ Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | SENIOR UNITED STATES DISTRICT JUDGE |